# VOLUNTARY DISMISSAL

TO: DURHAM CHAPTER 13 OFFICE

FROM: Roger D. Hartis

CASE NO.: 06-81534

I/We herby request a voluntary dismissal from my/our Chapter 13 Plan.

_Roger D. Hartis_
**DEBTOR SIGNATURE**

5901 Craig Rd Lot 69
Durham, NC 27712-1058
**ADDRESS**

**DEBTOR SIGNATURE**

**ADDRESS**

_[signature]_
**DEBTOR(S) ATTORNEY SIGNATURE (required)**

THIS THE 16th DAY OF November, 2010

[X] I request to voluntarily dismiss from the above mentioned case pursuant to a Debt Repayment Plan provided to the Chapter 13 Office.

RECEIVED
NOV 30 2010
RICHARD M. HUTSON, II
CHAPTER 13 STANDING TRUSTEE
DURHAM, NC